NO. 07-03-0427-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

DECEMBER 3, 2003

______________________________

MARTIN ALCOZER, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 64
TH
 DISTRICT COURT OF HALE COUNTY;

NO. A15084-0308; HONORABLE ROBERT W. KINKAID, JR., JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellant, Martin Alcozer, was convicted of the offense of Escape in the 64th District Court of Hale County, and thereafter gave notice of appeal.

The clerk of this court received, and on November 26, 2003, filed a motion to dismiss which represents that appellant desires to withdraw the notice of appeal.  The motion to dismiss is signed by appellant and counsel of record for appellant.  No decision of this Court having been rendered prior to the receipt of appellant’s motion, the motion to dismiss is hereby granted.  
Tex. R. App. P
. 42.2(a).

Accordingly, the appeal is dismissed.  Having dismissed the appeal at the personal request of appellant and his attorney, no motion for rehearing will be entertained and our mandate will issue forthwith.

Phil Johnson

Chief Justice

Do not publish.